170 A.3d 334

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALLEN JONES, DEFENDANT–PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002244–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 335

WILLIAM MUHA, PLAINTIFF–MOVANT, v. KEAN UNIVERSITY, AN ENTITY AND DEBMARK, INC. D/B/A FASTSIGNS, AN ENTITY IN NEW JERSEY, DEFENDANTS.

September 11, 2017

ORDER

It is ORDERED that the motion for leave to file a motion for reconsideration as within time (M–13) is granted.